Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

FILED

SEP 24 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

# DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 26-6231 |
| Originating Case Number: | 3:25-cv-00820-TWR-JAC |
| Short Title: | Emert v. San Diego County Probation Department |

Dear Appellant/Counsel

The United States Court of Appeals for the Ninth Circuit has received a copy of your notice of appeal and/or request for a certificate of appealability, and assigned the docket number above to your case.

Please include this docket number on every filing you submit and in any communication you have with the court about this case. Motions filed with the notice of appeal are not transferred to this court. You need to separately file on this court's docket any motion that seeks relief from this court.

**No briefing schedule will be set unless this court or the district court grants a certificate of appealability on one or more issues. See 28 U.S.C. § 2253; Fed. R. App. P. 22; 9th Cir. R. 22-1.**

Absent an emergency, all other requests for relief in this matter will be stayed pending a determination on the request for a certificate of appealability.

All subsequent letters and requests for information regarding this matter will be added to your file to be considered at the same time the cause is brought before the court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.